UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>T.T.GROUP, INC., et al.,<br><br>        Defendants. | Case No. 18-cv-00946-SVK<br><br>**ORDER ON PARTIES' REQUEST TO CONTINUE HEARING ON ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 56 |

On May 13, 2019, in response to a notice from Plaintiff that this case had settled, the Court issued an Order to Show Cause re Settlement (the "OSC") setting a July 8, 2019 deadline for the parties to file a dismissal and a July 16, 2019 OSC hearing if the case was not dismissed by the July 8 deadline. ECF 55. On July 8, 2019, the parties filed a joint response to the OSC requesting that the Court vacate the July 16, 2019 hearing, stating that they are still working to finalize the settlement agreement and, allowing for time to perform, now expect to file a dismissal by or before August 3, 2019. ECF 56.

It appears from the dates provided in the parties' joint statement that they may not have been diligent in finalizing the settlement in this case. However, reluctantly the Court will agree to CONTINUE the July 16, 2019 OSC hearing to August 13, 2019 at 10:00 a.m. No further continuances will be granted. If a dismissal is filed before August 13, 2019, the OSC hearing will be vacated.

**SO ORDERED.**

Dated: July 9, 2019

SUSAN VAN KEULEN
United States Magistrate Judge