CENTER FOR DISABILITY ACCESS
Isabel Masanque, Esq., SBN 292673
Amanda Seabock, Esq., SBN 289900
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Rd., St. 300
San Diego, CA 92131
(858) 375-7385
phylg@potterhandy.com
Attorneys for Plaintiff

Victoria L.H. Booke, SB#142518
LAW OFFICES OF BOOKE & AJLOUNY, LLP
606 North First Street
San Jose, California 95112
Telephone: (408) 286-7000
Facsimile:  (408) 286-7111
Attorneys for Defendants
T.T. Group, Inc. and Jennifer Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>v.<br><br>T.T. GROUP, INC., a California Corporation;<br>JENNIFER CHEN;<br>MICHAEL T. COBLER; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 5:18-CV-00946-SVK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 29, 2019        CENTER FOR DISABILITY ACCESS

                            By:   /s/ Amanda Lockhart Seabock
                                  Amanda Lockhart Seabock
                                  Attorneys for Plaintiff

Dated: July 29, 2019        LAW OFFICES OF BOOKE & AJLOUNY, LLP


                            By:   /s/ Victoria L.H. Booke
                                  Victoria L.H. Booke
                                  Attorneys for Defendants
                                  T.T. Group, Inc. and Jennifer Chen

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Victoria L.H. Booke, counsel for T.T. Group, Inc. and Jennifer Chen, and that I have obtained authorization to affix her electronic signature to this document.

Dated: July 29, 2019        CENTER FOR DISABILITY ACCESS

                            By:   /s/ Amanda Lockhart Seabock
                                  Amanda Lockhart Seabock
                                  Attorneys for Plaintiff